New York City, for appellants. J. F. McIntyre, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellants to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

SCOTT and HOTCHKISS, JJ., dissent, and vote for reversal, on the ground that the verdict was against the weight of evidence.

---

RUPP, Respondent, v. STEINER et al., Appellants. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by William Rupp against Henry Steiner and others. F. Moss, of New York City, for appellants. J. F. McIntyre, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellants to abide event, unless plaintiff stipulates to reduce verdict to $1,000, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

SCOTT and HOTCHKISS, JJ., dissent, and vote for reversal, on the ground that the verdict was against the weight of evidence.

---

In re RUSK. (Supreme Court, Appellate Division, Third Department. September 9, 1914.) In the matter of the application of William Rusk for a writ of certiorari directed to the Public Service Commission, Second District.

PER CURIAM. Order reversed, with $10 costs and disbursements, and writ of certiorari denied, without costs, upon the ground that the relator's only remedy was by appeal under section 91 of the Railroad Law (Consol. Laws, c. 48).

LYON, J., dissents.

---

RYCROFT, Appellant, v. POST et al., Respondents. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Alice G. Rycroft against George B. Post, Jr., and others. R. Stewart, of Brooklyn, for appellant. A. B. Parker, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

---

SACKHEIM v. PIGUERON. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Jacob Sackheim against William G. Pigueron. No opinion. Motion denied, with $10 costs. Order filed. See, also, 163 App. Div. 180, 148 N. Y. Supp. 27.

---

SACRED HEART ROMAN CATHOLIC CHURCH, Appellant, v. VEDDER et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by the Sacred Heart Roman Catholic Church against Frederick Vedder and others. No opinion. Judgment affirmed, with costs. See, also, 148 N. Y. Supp. 1142.

---

SAEGER, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Estella M. Saeger, as administratrix, etc., against the Lehigh Valley Railroad Company. No opinion. Judgment affirmed, with costs.

---

SANTOIEMMA, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court Appellate Division, Fourth Department. October 7, 1914.) Action by Donato Santoiemma, an infant, etc., against the International Railway Company. No opinion. Order affirmed, with costs.

---

SAVOURET v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Jeanne Savouret against the Consolidated Gas Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1109.

---

SAVOURET v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Jeanne Savouret against the Consolidated Gas Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 149 N. Y. Supp. 1109.

---

SAWYER, Appellant, v. STONE, Respondent. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Moses A. Sawyer against Edmund N. Stone. D. E. Goldfarb, of New York City, for appellant. S. P. Anderton, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SCANLON, Respondent, v. NATIONAL BRIDGE WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Daniel J. Scanlon against the National Bridge Works. No opinion. Judgment and order unanimously affirmed, with costs.

---

SCHAEFER, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by John Schaefer against the Union Railway Company of New York City.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the